UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE OPOKU-AGYEMANG,** | 2:18-CV-13125-TGB-DRG |
| Plaintiff, | |
| vs. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE IN PART** |
| **SCOTT MONTGOMERY, ET AL.,** | |
| Defendants. | |

This matter is before the Court on Magistrate Judge David R. Grand's April 21, 2022 Report and Recommendation (ECF No. 27) recommending the partial dismissal of Plaintiff's Amended Complaint (ECF No. 24), with respect to Defendants Vlade, Eggleston, Molloy, Parish, Hogan, Bordin, Wallace, Chapman, Huber, Boomershine, Morris, Thompson, Forsythe, Harris, Rogers, Wright, Yarmalenka, Zwolenski, McGarry, and Doe.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district

1

court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of April 21, 2022, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation (ECF No. 27) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Amended Complaint (ECF No. 24) is **DISMISSED IN PART**, with respect to Defendants Vlade, Eggleston, Molloy, Parish, Hogan, Bordin, Wallace, Chapman, Huber, Boomershine, Morris, Thompson, Forsythe, Harris, Rogers, Wright, Yarmalenka, Zwolenski, McGarry, and Doe.


**IT IS SO ORDERED**.


Dated:   September   9,   s/Terrence G. Berg
2022                     TERRENCE G. BERG
                         UNITED STATES DISTRICT JUDGE

2