UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE OPOKU-AGYEMANG,**  Plaintiff,  vs.  **SCOTT MONTGOMERY, et al.,**  Defendants. | **2:18-CV-13125-TGB-DRG**  **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE** as to Defendant Ken Romanowski. The case is **DISMISSED WITHOUT PREJUDICE** as to Defendants Scott Montgomery, Ms. Parker, and Dr. Dinsa.

Dated at Detroit, Michigan: July 27, 2023.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE